AUSA: Rawsthorne Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Bowling Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Justin Lyle-Porter,

Case: 4:26-mj-30591
Judge: Ivy, Curtis

Filed: 09-22-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute fentanyl |

This criminal complaint is based on these facts:

There is probable cause that on or about September 22, 2026, the defendant Justin Lyle-Porter, possessed with the intent to distribute fentanyl in violation of 21 U.S.C. § 841.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Bowling, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 22, 2026

*Judge's signature*

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
FOR A CRIMINAL COMPLAINT**

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U.S.C. § 2516.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Justin Lyle-Porter.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Based on the facts set forth in this affidavit, there is probable cause to believe in September of 2026, Justin Lyle-Porter (xx/xx/1982) possessed with the intent to distribute an amount of fentanyl in violation of Title 21 U.S.C. § 841.

5. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants, application for and execution of search warrants on persons, residences, and vehicles, debriefing confidential informants, interviewing witnesses, and proffering defendants. In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications. I have testified in all levels of court proceedings, both at the state and the federal level. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

## PROBABLE CAUSE

6. Since April of 2025, ATF Special Agents and Flint Area Narcotics Group (FANG) detectives have been investigating Justin Lyle-Porter (XX/XX/1982) for federal drug trafficking offenses including but not limited to 21 U.S.C. §§ 841 & 846 (distribution of, possession with intent to distribute, and conspiracy to distribute controlled substances).

7. Based on information from a confidential source, I learned that Lyle-Porter was continuing to distribute controlled substance. During the investigation, agents have utilized numerous investigative techniques to include controlled purchases, surveillance and electronic media/cellular phone data. As a result of the investigation, agents identified the addresses of **** Brunswick Ave, Flint, Michigan (Residence 1) and **** Brunswick Ave, Flint, Michigan, (Residence 2) as locations utilized by Lyle-Porter for his narcotics trafficking activities. In September of 2026, I applied for and received a federal search warrant authorizing the search of the residences signed by the Honorable United States Magistrate Judge Elizabeth Stafford.

8. On September 22, 2026, law enforcement executed the federal search warrant. During the search of Residence 1 law enforcement recovered the following:

a. Approximately 24 grams of fentanyl (TruNarc positive for the presence of fentanyl)

b. A narcotics press

c. A digital scale

d. A kilogram wrapper with white powder residue

9. Law enforcement utilized a fixed surveillance platform monitoring the activity of Residence 1 and observed Lyle-Porter conduct numerous "short stays" at the location. This is consistent with the narcotics related activity identified during the controlled transactions. A short stay, based on my training and experience, is when a narcotics trafficker arrives at an identified stash, stays for a short amount of time (approximately 5 minutes) and then leaves the location. This is consistent with a narcotics trafficker acquiring an amount of narcotics from a stash location before conducing a transaction with a customer.

10. In April of 2026, a Domestic Liability Company document was filed with LARA identifying Lyle-Porter the Resident Agent for service for Driver Ready Leasing Services and that the address of Residence 1 was listed as a property address for the company.

11. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that in September of 2026, Lyle-Porter possessed with the intent to distribute an amount of fentanyl in violation of Title 21 U.S.C. § 841.

Daniel Bowling, Special Agent
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this September 22, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge